# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM N. GADDY, III and KARLA GADDY,<br><br>Plaintiffs<br><br>v.<br><br>HILTON GRAND VACATIONS CLUB, LLC and HILTON GRAD VACATION MANAGEMENT, LLC,<br><br>Defendants | Case No.: 2:23-cv-01014-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the defendants as required by the recent amendment to that rule.

I FURTHER ORDER the defendants to file a proper certificate of interested parties by August 31, 2023.

I FURTHER ORDER the plaintiffs to file a certificate of interested parties by August 31, 2023.

DATED this 3rd day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE