# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAN N. GADDY, III and KARLA GADDY,<br><br>  Plaintiffs<br><br>v.<br><br>HILTON GRAND VACATION CLUB, LLC, et al.,<br><br>  Defendants | Case No.: 2:23-cv-01014-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiffs William and Karla Gaddy's certificate of interested parties (ECF No. 16) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by the amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by September 15, 2023.

DATED this 8th day of September, 2023.

                                                                                     _____
                                                                                     ANDREW P. GORDON
                                                                                     UNITED STATES DISTRICT JUDGE